## GENE BAKER MOTOR COMPANY, Inc.

v.

## EMPLOYERS CASUALTY COMPANY.

Court of Appeals of Kentucky.

Sept. 20, 1957.

Maxwell P. Barret, Hazard, for appellant.

Alva A. Hollon, Hazard, for appellee.

PER CURIAM.

A judgment, pursuant to a jury's verdict, was entered for the Employers Casualty Company for $550 against the Gene Baker Motor Company, Inc., in an action growing out of a lost car claim. The trial court was not in error in overruling the motions of the Gene Baker Motor Company for a directed verdict and a judgment notwith-

standing the verdict; nor were the instructions erroneous.

The motion for an appeal is overruled, and the judgment is affirmed.